RECEIVED

MAR 2 3 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JANA K. PITRE | CIVIL ACTION NO. 6:14-cv-02843 |
| VERSUS | JUDGE DOHERTY |
| THE CITY OF EUNICE, ET AL. | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the defendants' motion to dismiss under Fed. R. Civ. P. 12(b)(6) (Rec. Doc. 8) is GRANTED and the plaintiff's Section 1983 claim based on an alleged violation of her Fifth Amendment rights is DISMISSED WITH PREJUDICE, consistent with the report and recommendation.

Lafayette, Louisiana, this 23 day of March, 2015.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE